No. 5050.* FREDERICK ET AL. *v.* SCHWARTZ ET AL. Appeal from D. C. Conn. Judgment vacated and case remanded for reconsideration in light of this Court's decision in *Boddie* v. *Connecticut,* 401 U. S. 371. MR. JUSTICE DOUGLAS is of the opinion that judgment should be reversed. *Boddie* v. *Connecticut, supra.*

No. 3. COBB ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decisions in *Leary* v. *United States,* 395 U. S. 6 (1969), and *United States* v. *United States Coin & Currency,* 401 U. S. 715.

No. 8. DEAN ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decision in *United States* v. *United States Coin & Currency,* 401 U. S. 715.

No. 455. SCOTT ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decision in *United States* v. *United States Coin & Currency,* 401 U. S. 715.

No. 285. DECKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decisions in *Haynes* v. *United States,* 390 U. S. 85 (1968), and *United States* v. *United States Coin & Currency,* 401 U. S. 715.

---

*For separate opinion of BLACK, J., see No. 5048, *Meltzer* v. *LeCraw & Co., infra.*